**Order entered January 27, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00414-CR
No. 05-19-00415-CR
No. 05-19-00416-CR

**KYLE DAMOND JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-22371-H, F18-53537-H, and F18-53538-H**

## ORDER
Before Justices Partida-Kipness, Nowell, and Evans

Before the Court is the State's motion for second extension of time to file brief. We

**GRANT** the motion and **ORDER** the brief received January 23, 2020 filed as of the date of this

order.

/s/ ROBBIE PARTIDA-KIPNESS
PRESIDING JUSTICE